AO 442

| SEALED | United States District Court | FILED |
|---|---|---|
| | SOUTHERN DISTRICT OF CALIFORNIA | JUN 22 2021 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY ____ DEPUTY |

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| v. | |
| Hope Stoneking (52) | Case Number: 21cr1559-H-52 |

## NOT FOR PUBLIC VIEW

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Hope Stoneking (52)_____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition
                                                                                      ☐ Pretrial Violation

charging him or her with (brief description of offense):
21:841(a)(1), 846 - Conspiracy to Distribute Methamphetamine
21:853; 18:924(d)(1); 28:2461(c); 18:982(a)(1) - Criminal Forfeiture

DATE: 6-21-2021
ARRESTED BY: SDSO

STEVEN C. STAFFORD
U.S. MARSHAL, S/CA
BY: D. PRICE

RECEIVED 2021 MAY 25 PM 3:18 U.S. MARSHALS-S/CA

In violation of Title ___See Above___ United States Code, Section(s) _____

| John Morrill | Clerk of the Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| s/ E. Blase  *EB* | May 25, 2021, San Diego, CA |
| Signature of Deputy | Date and Location |

Bail fixed at $  ____No Bail____  by  ____The Honorable Michael S. Berg____
                                                              Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |